PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randy Houser Cr.: 95-00465-001

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman

Date of Original Sentence: 03/22/96

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 96 months imprisonment followed by 3 years supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: 08/19/03

Assistant U.S. Attorney: Holly Kulka Defense Attorney: Lorraine Gaulo-Rufo

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On September 11, 2004, it is alleged that Houser assaulted another man. On October 14, 2005, the Honorable Deborah Venezia issued an arrest warrant. The offender has been indicted in Middlesex County Superior Court with Conspiracy, Attempted Murder, Aggravated Assault, Possession of a weapon for unlawful purposes, Unlawful Possession of a weapon, Unlawful theft or receipt of a credit card, Fraudulent use of a Credit Card. On October 27, 2005, Houser was arrested. |
| 2 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'<br><br>The offender has worked with a former federal inmate which he met while residing at the Kintock Group Halfway House in Newark. The offender had been working with Syed Rehman since his release from custody and reported Syed Rehman was his supervisor. On his written monthly supervision reports; however, he indicated that he had no association with any criminal felons. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Dina M. Violante
U.S. Probation Officer
Date: 11/18/05

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: ____________.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/2/2005
Date